UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

48546
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorneys for Mercedes-Benz Financial Services USA LLC

Order Filed on June 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MATTHEW J. BENJAMIN

Case No.: 18-23341

Adv. No.:

Hearing Date: 5-8-19

Judge: KCF

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Matthew J. Benjamin**
**18-23341(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Mercedes-Benz Financial Services USA LLC, with the appearance of Georgette Miller, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Mercedes-Benz Financial Services USA LLC is the holder of a first purchase money security interest encumbering a 2014 Mercedes-Benz ML350 bearing serial number 4JGDA5HB0EA362957 (hereinafter the"vehicle").

2. The debtor shall make all loan payments to Mercedes-Benz Financial Services when due, being the 19th day of each month. If the debtor fails to make that payment for a period of 30 days after it falls due, Mercedes-Benz Financial Services USA LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Mercedes-Benz Financial Services USA LLC shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Mercedes-Benz Financial Services USA LLC shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. The debtor shall pay to Mercedes-Benz Financial Services USA LLC through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.