| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Matthew J. Benjamin**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–1126<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   18–23341–MBK | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Matthew J. Benjamin

   11/5/21                                                          **By the court:** <u>Michael B. Kaplan</u>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 18-23341-MBK

Matthew J. Benjamin                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                              Page 1 of 3
Date Rcvd: Nov 05, 2021                     Form ID: 3180W                           Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew J. Benjamin, 309 Wissahickon Trail, Browns Mills, NJ 08015-6109 |
| cr | + | Cenlar FSB as servicer for CitiMortgage, Inc., Stern Lavinthal and Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Mercedes-Benz Financial Services USA LLC, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 517712030 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517743266 | | CitiMortgage, Inc., 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 517687359 | + | Greensky, LLC, POB 71215, Charlotte, NC 28272-1215 |
| 517638189 | + | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517626050 | + | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 517626051 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 266, Trenton, NJ 08695 |
| 517963291 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517626054 | + | Synovusbk/greensky, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 517664767 | + | TD Auto Finance, LLC, Richard Tracy, III, Esq., 30 Montgomery St., Ste. 1205, Jersey City, NJ 07302-3835 |
| 517682803 | + | TD Bank, N.A., c/o Schiller, Knapp, Lefkowitz,& Hertzel, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517686675 | + | TD Bank, NA, Richard J. Tracy, III, Esq., 30 Montgomery St., Ste. 1205, Jersey City, NJ 07302-3835 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517626039 | + | EDI: BANKAMER.COM | Nov 06 2021 00:13:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517626040 | + | EDI: CAPITALONE.COM | Nov 06 2021 00:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517724863 | | EDI: CAPITALONE.COM | Nov 06 2021 00:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517626041 | + | EDI: LCITDAUTO | Nov 06 2021 00:13:00 | Chrysler Financial/TD Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 517746039 | | EDI: CITICORP.COM | Nov 06 2021 00:13:00 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 517626042 | + | EDI: CITICORP.COM | Nov 06 2021 00:13:00 | Citimortgage, Citimortgage Corp, 1000 Technology Dr, O'Fallen, MO 63368-2240 |
| 517626043 | + | EDI: WFNNB.COM | Nov 06 2021 00:13:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517626044 | | EDI: WFNNB.COM | | |

Case 18-23341-MBK    Doc 51    Filed 11/07/21    Entered 11/07/21 23:18:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 06 2021 00:13:00 | Comenitycapital/lxvisa, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517626045 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 05 2021 20:35:26 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 517650072 | | EDI: IRS.COM | Nov 06 2021 00:13:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517850209 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 20:35:26 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517850210 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 20:35:26 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517626047 | + | EDI: DAIMLER.COM | Nov 06 2021 00:13:00 | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 517732593 | + | EDI: AISMIDFIRST | Nov 06 2021 00:13:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517626048 | + | EDI: AISMIDFIRST | Nov 06 2021 00:13:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 517734467 | | EDI: PRA.COM | Nov 06 2021 00:13:00 | Portfolio Recovery Associates, LLC, c/o Marvin Companies, POB 41067, Norfolk VA 23541 |
| 517626049 | + | Email/Text: bankruptcy@prosper.com | Nov 05 2021 20:24:00 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 517710365 | + | Email/Text: bncmail@w-legal.com | Nov 05 2021 20:24:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517731439 | | EDI: Q3G.COM | Nov 06 2021 00:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517626052 | + | EDI: RMSC.COM | Nov 06 2021 00:13:00 | Syncb/marvin Windows, Po Box 965060, Orlando, FL 32896-5060 |
| 517629204 | + | EDI: RMSC.COM | Nov 06 2021 00:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517626053 | + | EDI: RMSC.COM | Nov 06 2021 00:13:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517659510 | + | EDI: LCITDAUTO | Nov 06 2021 00:13:00 | TD Auto Finance LLC, c/o Schiller, Knapp, Lefkowitz, & Hertze, Trustee Payment Dept., PO Box 16041, Lewiston, ME 04243-9523 |
| 517626055 | | EDI: TDBANKNORTH.COM | Nov 06 2021 00:13:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 517742889 | | EDI: ECAST.COM | Nov 06 2021 00:13:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517693751 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517626046 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Bankruptcy Department, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Matthew J. Benjamin csmith@margolisedelstein.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Cenlar FSB as servicer for CitiMortgage Inc. mcozzini@sternlav.com |
| Richard James Tracy, III | on behalf of Creditor TD Auto Finance LLC richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9